# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America<br>v.<br>Americo Urena-Jimenez<br><br>_____<br>*Defendant* | ) ) ) ) ) | Case No. 1:25-mj-48-PAS<br><br>**RECEIVED**<br>By Dianna Prete at 1:56 pm, Aug 26, 2025 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Americo Urena-Jimenez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute of 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomersin violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii)

Date: August 26, 2025

*Issuing officer's signature*

City and state: Providence, Rhode Island

Patricia A. Sullivan, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/26/25 , and the person was arrested on *(date)* 8/25/26
at *(city and state)* Providence, RI .

Date: 8/26/25

*Arresting officer's signature*

SA Melissa Gillen
*Printed name and title*